FILED

SEP 2 0 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

TRACIE L. BROWN (CSBN 184339)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
Telephone: (415) 436-6917
Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>TARNISHIA PAUL,<br>Defendant. | No. 3-05-70741 JCS<br>[~~PROPOSED~~] ORDER AND STIPULATION WAIVING A DETENTION HEARING WITHOUT PREJUDICE, WAIVING TIME UNDER RULE 5.1 AND EXCLUDING TIME FROM SEPTEMBER 15, 2005 TO SEPTEMBER 29, 2005 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |

The parties discussed various pre-trial matters via telephone on September 15, 2005. With the agreement of the parties, and with the consent of the Defendant, the Court enters this order (1) vacating the September 22, 2005 hearing date and scheduling a new preliminary hearing/arraignment date of September 29, 2005 at 9:30 a.m., before the Honorable Joseph C. Spero; (2) documenting the Defendant's waiver of time limits under Federal Rule of Criminal Procedure 5.1; (3) documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), from September 15, 2005 to September 29, 2005; and (4) documenting the Defendant's waiver, without prejudice, of her right to a detention hearing. The parties agreed, and the Court hereby holds, as follows:

1. The Defendant waives the time limits for a preliminary hearing under Federal Rule of

Criminal Procedure 5.1. The government has not yet been able to produce discovery, and the parties are currently discussing a disposition of this case that may involve cooperation and/or agreement by the government not to proceed on certain possible charges. Failure to grant the requested continuance would unreasonably deny both defense and government counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would deny the Defendant continuity of counsel.

2. Counsel for the defense believes that postponing the preliminary hearing is in his client's best interest, and that it is not in his client's interest for the United States to indict the case before the currently-scheduled preliminary hearing date of September 22, 2005.

3. The Defendant agreed to an exclusion of time under the Speedy Trial Act. Failure to grant the requested continuance would unreasonably deny both government and defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would deny the Defendant continuity of counsel.

4. Given these circumstances, the Court finds that the ends of justice served by excluding the period from September 15, 2005 to September 29, 2005, outweigh the best interest of the public and the Defendant in a speedy trial. Id. § 3161(h)(8)(A).

5. Accordingly, and with the consent of the defendant, the Court orders that the period from September 15, 2005 to September 29, 2005, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

6. The Defendant also waives her right to a detention hearing, without prejudice.

7. The Court hereby vacates the September 22, 2005 preliminary hearing/detention hearing date and schedules a new preliminary hearing/arraignment date of September 29, 2005, at 9:30 a.m., before the Honorable Joseph C. Spero.

IT IS SO STIPULATED.

DATED: 9/16/05

/s/
TRACIE L. BROWN
Assistant United States Attorney

DATED: 9/19/05

/s/
RONALD C. TYLER
Attorney for TARNISHIA PAUL

IT IS SO ORDERED.

DATED: 9/20/05

HON. JOSEPH C. SPERO
United States Magistrate Judge