KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

TRACIE L. BROWN (CSBN 184339)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
Telephone: (415) 436-6917
Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>    Plaintiff, )<br><br>v. )<br><br>TARNISHIA PAUL, )<br><br>    Defendant. )<br>_____ ) | No. 3-05-70741 JCS<br><br>[~~PROPOSED~~] ORDER AND STIPULATION WAIVING A DETENTION HEARING WITHOUT PREJUDICE, WAIVING TIME UNDER RULE 5.1 AND EXCLUDING TIME FROM SEPTEMBER 29, 2005 TO OCTOBER 28, 2005 FROM THE SPEEDY TRIAL ACT CALCULATION<br>(18 U.S.C. § 3161(h)(8)(A)) |

    The parties appeared before Judge Joseph C. Spero on September 29, 2005 and before Judge James Larson on October 7, 2005. With the agreement of the parties, and with the consent of the Defendant, the Court enters this order (1) scheduling a new preliminary hearing/arraignment date of October 28, 2005 at 9:30 a.m., before the Honorable James Larson; (2) documenting the Defendant's waiver of time limits under Federal Rule of Criminal Procedure 5.1; (3) documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), from September 29, 2005 to October 28, 2005; and (4) documenting the Defendant's waiver, without prejudice, of her right to a detention hearing. The parties agreed, and the Court hereby holds, as follows:

    1.   The Defendant waives the time limits for a preliminary hearing under Federal Rule of

STIP. & [PROPOSED] ORDER
C 3-05-70741 JCS

Criminal Procedure 5.1.  The government has not yet been able to produce all of the discovery, and the parties are currently discussing a disposition of this case that may involve cooperation and/or agreement by the government not to proceed on certain possible charges.  In addition, the defendant has recently suffered a personal loss that will take her attention from preparation and analysis of her case.  Failure to grant the requested continuance would unreasonably deny both defense and government counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would deny the Defendant continuity of counsel.

2. Counsel for the defense believes that postponing the preliminary hearing is in his client's best interest, and that it is not in his client's interest for the United States to indict the case before October 28, 2005.

3. The Defendant agreed to an exclusion of time under the Speedy Trial Act.  Failure to grant the requested continuance would unreasonably deny both government and defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would deny the Defendant continuity of counsel.

4. Given these circumstances, the Court finds that the ends of justice served by excluding the period from September 29, 2005 to October 28, 2005, outweigh the best interest of the public and the Defendant in a speedy trial.  Id. § 3161(h)(8)(A).

5. Accordingly, and with the consent of the defendant, the Court orders that the period from September 29, 2005 to October 28, 2005, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

6. The Defendant also waives her right to a detention hearing, without prejudice.

7. The Court hereby schedules a new preliminary hearing/arraignment date of October 28, 2005, at 9:30 a.m., before the Honorable James Larson.

IT IS SO STIPULATED.

DATED: _____10/11/05_____   _____
/s/
TRACIE L. BROWN
Assistant United States Attorney


DATED: _____10/12/05_____   _____
RONALD C. TYLER
Attorney for TARNISHIA PAUL

1    IT IS SO ORDERED.

2

3    DATED: ___October 14, 2005___

4                                                          Judge James Larson

5                                                          Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28