KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

TRACIE L. BROWN (CSBN 184339)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102
    Telephone: (415) 436-6917
    Facsimile:  (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.  05-674 PJH |
|     Plaintiff, ) | [~~PROPOSED~~] ORDER AND STIPULATION EXCLUDING TIME FROM OCTOBER 28, 2005 TO DECEMBER 7, 2005 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
|     v. ) | |
| TARNISHIA PAUL, ) | |
|     Defendant. ) | |

    The parties appeared before the Honorable James Larson on October 28, 2005 and before the Honorable Phyllis J. Hamilton on November 2, 2005.  With the agreement of the parties at those two hearings, and with the consent of the Defendant, the Court enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), from October 28, 2005 to December 7, 2005, and scheduling a further status hearing on December 7, 2005 at 1:30 p.m.  The parties agreed, and the Court hereby holds, as follows:

    1. The Defendant agreed to an exclusion of time under the Speedy Trial Act.  The government has not yet fully provided discovery and is continuing its investigation, as discussed at the sidebar during the November 2, 2005 hearing.  In addition, counsel for the Defendant will be out of town for one week in November.  Failure to grant the requested continuance would

STIPULATION AND ORDER
CR 05-674 PJH

unreasonably deny both government and defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would deny the Defendant continuity of counsel.

2. Given these circumstances, the Court finds that the ends of justice served by excluding the period from October 28, 2005 to December 7, 2005, outweigh the best interest of the public and the Defendant in a speedy trial. Id. § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, the Court orders that the period from October 28, 2005 to December 7, 2005, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

4. The Court hereby schedules a further status date of December 7, 2005, at 1:30 p.m., before the Honorable Phyllis J. Hamilton.

IT IS SO STIPULATED.

DATED: _____11/2/05_____                        /S/_____
                                              TRACIE L. BROWN
                                              Assistant United States Attorney

DATED: _____                        /S/_____
                                              RONALD C. TYLER
                                              Attorney for TARNISHIA PAUL

IT IS SO ORDERED.

DATED: 11/8/05_____       _____
                                              THE HON. PHYLLIS J. HAMILTON
                                              United States District Judge

STIPULATION AND ORDER
CR 05-674 PJH                                    2

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of:

[PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM OCTOBER 28, 2005 TO DECEMBER 7, 2005 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A))

to be served this date on the party(ies) in this action,

**<u>Via Hand Delivery</u>**
**RONALD TYLER**
**Assistant Federal Public Defender**
**450 Golden Gate Avenue, 19th Floor**
**San Francisco, CA 94102**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: November 7, 2005

/S/
Ponly J. Tu
Legal Assistant (Immigration)
U.S. Attorney's Office

STIPULATION AND ORDER
CR 05-674 PJH                                            3