1

2

3

4

5          IN THE UNITED STATES DISTRICT COURT

6          FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8   UNITED STATES OF AMERICA,                )
                                             )   No. CR 05-0674 PJH
                        Plaintiff,           )
9                                            )
    vs.                                      )   STIPULATION AND ORDER
10                                           )   CONTINUING SENTENCING
    TARNISHIA PAUL,                          )   HEARING
11                                           )
    Defendant.                               )
12  _____)

13                         **STIPULATION**

14        The parties agree to continue the sentencing hearing in the above-captioned matter from May

15  17, 2006 until June 14, 2006 at 1:30 p.m.  The purpose of the continuance is to allow time to

16  complete production of sentencing-related discovery and thereafter to complete the pre-sentencing

17  process.  Defense counsel represents that the Probation Office has been contacted and has no

18  objection to the stipulated date.

19        It is so stipulated.

20
    DATED: May 12, 2006              _____/S/_____
21                                   RONALD TYLER
                                     Assistant Federal Public Defender
22                                   Counsel for Tarnishia Paul

23
    DATED:May 12, 2006               _____/S/_____
24                                   TRACIE BROWN
                                     Assistant United States Attorney
25

26
    STIP & ORDER CONTINUING
    SENTENCING HEARING
    *United States v. Tarnishia Paul*
    CR 05-0674 PJH                            - 1 -

1

**ORDER**

2          For the foregoing reasons, the sentencing hearing in this matter is continued until June 14, 2006

3    at 1:30 p.m.

4    IT IS SO ORDERED.

5

6    DATED:    5/15/06

7    PHYLL                                                                         DGE
     UNITED                                                          RT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26
     STIP & ORDER CONTINUING
     SENTENCING HEARING
     *United States v. Tarnishia Paul*
     CR 05-0674 PJH                                    - 2 -