IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) No. CR 05-0674-PJH ) |
| vs. | ) STIPULATION AND ORDER ) CONTINUING HEARING |
| TARNISHIA PAUL, | ) |
| Defendant. | ) ) |

<u>STIPULATION</u>

The parties agree to continue the hearing in the above-captioned matter from June 14, 2006 until July 12, 2006 at 1:30 p.m.  The continuance requested is necessary in order to allow defense counsel to complete the sentencing memorandum.  Assistant United States Attorney Tracie Brown and Probation Officer J.D. Woods have been contacted and have no objection to continuing the hearing in this matter.

It is so stipulated.

DATED: June 12, 2006          /S/
RONALD TYLER
Assistant Federal Public Defender
Counsel for Tarnishia Paul


DATED: June 12, 2006          /S/
TRACIE BROWN
Assistant United States Attorney

IT IS SO ORDERED.

DATED: 6/13/06

PHYLLIS J. HAMILTON
UNITED STATES DISTRICT COURT JUDGE

STIP & ORDER CONTINUING HEARING